MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
11 JUL 15 AM 9:44

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: <u>Ronald All Lenehan</u>

Chapter 7 Case No. <u>07-41359</u>

Please Check One:

__X__   **Unclaimed Dividends**

☐   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ERIC DENISON<br>617 MAIN ST NE<br>Minneapolis MN 55413 | 1 | $575.00 | $575. |
| JOE STOUFFER,<br>617 MAIN ST NE<br>Minneapolis MN 55413 | 2 | $885 | $885. |
| TONY KOZAK<br>617 MAIN ST NE<br>Minneapolis MN 55413 | 5 | $575.00 | $575.00 |
| RAYE BLACK<br>9410 NICOLLET AVE<br>Minneapolis MN 55420 | 4 | $1450 | $1450 |

*handwritten total: 3,485.00*

Individuals were tenants of the Debtor and did not leave forwarding addresses. Trustee has attempted to locate the individuals and was unsuccessful.

Date: <u>July 12, 2011</u>                             /e/Timothy D. Moratzka
                                                          TIMOTHY D. MORATZKA, TRUSTEE

1390536.1-TDM